1020

No. 93–602. OLIVAREZ, WARDEN *v.* McKINNEY. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 93–631. PHILADELPHIA ELECTRIC CO. ET AL. *v.* FISCHER ET AL.; and PHILADELPHIA ELECTRIC CO. ET AL. *v.* KURZ ET AL. C. A. 3d Cir. Motion of Equal Employment Advisory Council for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 92–9032. LAWAL *v.* GEORGIA, *ante*, p. 847;

No. 92–9108. PERRYMAN *v.* DEPARTMENT OF LABOR ET AL., *ante*, p. 851;

No. 93–245. RINIER ET AL. *v.* UNITED STATES, *ante*, p. 916;

No. 93–5297. JOHNSON *v.* BROWN, SECRETARY OF VETERANS AFFAIRS, *ante*, p. 886;

No. 93–5354. ZIEBARTH *v.* UNITED STATES, *ante*, p. 933;

No. 93–5549. HANCE *v.* ZANT, WARDEN, *ante*, p. 920;

No. 93–5650. GRAVES *v.* WORLD OMNI FINANCIAL CORP., *ante*, p. 922;

No. 93–5684. STEPHENSON *v.* PENNSYLVANIA, *ante*, p. 923;

No. 93–5741. BIALEN *v.* MANNESMANN DEMAG CORP. ET AL., *ante*, p. 924;

No. 93–5793. WILLIAMS *v.* JENN-AIR CO., *ante*, p. 934;

No. 93–5823. PRUNTY *v.* VOINOVICH, GOVERNOR OF OHIO, *ante*, p. 935;

No. 93–5830. BALL *v.* CARR, *ante*, p. 904;

No. 93–5884. WHITE *v.* TEMPLE UNIVERSITY, *ante*, p. 951;

No. 93–5900. ZARLING ET AL. *v.* UNIVERSAL LIFE CHURCH, *ante*, p. 952; and

No. 93–5938. GOULETTE *v.* HUMPHREY, ATTORNEY GENERAL OF MINNESOTA, *ante*, p. 936. Petitions for rehearing denied.

No. 93–233. CALVENTO *v.* BELLI & SABIH ET AL., *ante*, p. 915. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

DECEMBER 7, 1993

No. A–471. BURGER *v.* ZANT, WARDEN. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.